# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WARDELL STEVENS

CIVIL ACTION

VERSUS

18-114-SDD-RLB

DARREL VANNOY, ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 25, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief is DENIED, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability is hereby DENIED.

Baton Rouge, Louisiana the 2 day of May 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 10
[3] Rec. Doc. 11.